HERBERT E. DAVIDSON, Appellant, *v.* LIBRARY BUREAU, Respondent.

(Argued June 6, 1932; decided June 21, 1932.)

*Carl A. Mead* and *William Harvey Reeves* for appellant.
*Timothy Newell Pfeiffer* and *Schuyler William Livingston* for respondent.

Judgment of Appellate Division modified by directing judgment for plaintiff in the sum of $3,150, with interest from January 1, 1927, and as so modified affirmed, with costs in this court to appellant; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.